John B. Schmidt, Plaintiff-Appellee, v. Bruno V. Stiller, and Alice E. Stiller, Defendants-Appellants.

Gen. No. 10,880.  (Abstract of Decision.)

Second District.
February 15, 1956.
Rehearing denied March 28, 1956.
Released for publication March 28, 1956.

Finn and Geiger, for appellants; Fred H. Geiger, of counsel; Edmund M. Sinnott, for appellee. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.